# MINUTE ORDER

Page 2

## Magistrate Judge Lisette M. Reid

Atkins Building Courthouse – 9th Floor     Date: 11/19/2020   Time: 1:30 p.m.

Defendant: Matthew Erausquin      J#: 18078-509     Case #: 20-4049-MJ-REID SEALED
AUSA: Cary Aronovitz               Attorney:
Violation: E/D/VA/WARR/COMP/Sex Trafficking Minors      Surr/Arrest Date: 11/19/2020   YOB: 1975

Proceeding: Initial Appearance                    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at:                                     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
     Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft advised of his rights & Charge
- Deft consented to proceed by VTC.
- Temp PTD: Risk of Flight & Danger to the Community
- Deft needs ~~to provide~~ Time to retain counsel
- Brady Warning given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
(Report RE Counsel:)
(PTD) Bond Hearing:    11/23   1:30   Duty   Miami
Prelim/Arraign or (Removal:)
Status Conference RE:
D.A.R. 14:14:54                    Time in Court: 15 minutes

s/Lisette M. Reid                          Magistrate Judge