# MINUTE ORDER

Page 2

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**  Date: 11/23/20  Time: 1:30 p.m.

Defendant: Matthew Erausquin  J#: 18078-509  Case #: 20-4049-REID
AUSA: Brooke Watson  Attorney: Chris Amolsch – ED Virginia
Violation: Warr/Complt/ED-VA/Sex Trafficking of Minors  Surr/Arrest Date:  YOB:

Proceeding: RRC, Detention, Removal  CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No  Recommended Bond:
Bond Set at:  Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
    Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
**Defendant was not ordered from FDC and was NOT PRESENT.**
Counsel has not been admitted to practice in Florida. The Court **APPOINTS the AFPD provisionally**. Counsel from Virginia is allowed to file Pro Hac Vice Mition

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
*Report RE Counsel:*
**PTD Hearing:**  11/25/20  1:30 pm  *Miami Duty*
**Removal Hearing:**  11/25/20  1:30 pm  *Miami Duty*
Status Conference RE:
D.A.R. EGT-01-11-23-2020-ZOOM – **1:44 pm**  Time in Court: 5

s/Edwin G. Torres  Magistrate Judge