# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 11/25/20     Time: 1:30 p.m.

Defendant: Matthew Erausquin     J#: 18078-509     Case #: 20-4049-MJ-REID

AUSA: Eli Rubin     Attorney: Chris Amolsch – ED/ Virginia

Violation: Warr/Complt/E/D/VA/Sex Trafficking     Surr/Arrest Date:     YOB:

Proceeding: Ptd & Removal     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: Ptd

**Bond Set** / **Pretrial Detention - STIPULATED**     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:
Defendant consents to appear by VTC
The parties **STIPULATE** to Pretrial Detention, with the right to revisit **(NO HEARING HELD).** The Court finds Waiver is knowing and voluntary and accepts **the ORAL Waiver of Removal** and defendant is ordered removed to the ED/Virginia.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. EGT-01-11-25-2020-ZOOM – **1:37 pm**     Time in Court: 4

s/Edwin G. Torres     Magistrate Judge